THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Beth E. Hanan
    United States Bankruptcy Judge

DATED:   November 19, 2019



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Marie Lee,<br>         Debtor. | Chapter 13<br>Case No. 19−30739−beh |

### ORDER FOR POSSIBLE DISMISSAL OF CASE
### FOR FAILURE TO SERVE THE CHAPTER 13 PLAN

On November 12, 2019, the debtor filed a chapter 13 plan, but the debtor did not file any proof that the debtor served the plan on the trustee and all creditors as required by Federal Rule of Bankruptcy Procedure 3015(d). The Clerk docketed a notice reminding the debtor's attorney of the service requirement of the rule, but the debtor has not complied.

**IT IS THEREFORE ORDERED:** on or before <u>November 22, 2019</u> the debtor must file proof of complete and proper service of the plan.

**IT IS FURTHER ORDERED:** unless proof of service is filed by the deadline, the Court may enter an order dismissing this case.

#####